[No. 65874-3-I.   Division One.   January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD EDWARD JACKSON, *Appellant*.

*Remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 65916-2-I.   Division One.   January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH ENGLISH, *Appellant*.

*Remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ.

[No. 66004-7-I.   Division One.   January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERT WHITE, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 66017-9-I.   Division One.   January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GUILLARTE ANAYA, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Spearman, J.